AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Jeff Defiore | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:19cv2446 |
| City of Lyndhurst, Ohio,  et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Lyndhurst, Ohio
5301 Mayfield Road
Lyndhurst, OH  44124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth D. Myers, Esq.
6100 Oak Tree Blvd., Suite 200
Cleveland, OH  44131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    10/21/2019



s/ R. Bradway

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    City of Lyndhurst, Ohio
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
                                                                    on *(date)*                                      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                              , a person of suitable age and discretion who resides there,
on *(date)*                      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                      , who is
designated by law to accept service of process on behalf of *(name of organization)*
                                                                    on *(date)*                                  ; or

☐ I returned the summons unexecuted because                                                                    ; or

☑ Other *(specify)*:  certified mail (see attached)

My fees are $                      for travel and $                      for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:  11/22/19                                                *Kenneth D. Myers*
                                                              *Server's signature*

                                                              Kenneth D. Myers, Attorney
                                                              *Printed name and title*

                                                              6100 Oak Tree Blvd #200
                                                              Cleveland, OH 44131
                                                              *Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Lyndhurst, Ohio
5301 Mayfield Rd.
Lyndhurst, OH 44124
Attn: Law Director

9590 9402 5070 9092 1350 12

2. Article Number *(Transfer from service label)*

7019 0700 0002 3134 9176

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Claire f Wht_   ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

C J uhite                          10-31-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
  )0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt