IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF DiFIORE, | ) | CASE NO. 1:19-CV-02446 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -vs- | ) | **DEFENDANTS' JOINT UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| CITY OF LYNDHURST, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 6(b)(1), for good cause shown and in the interests of justice, Defendants City of Lyndhurst, Ohio, Patrick Ward, in his official and individual capacities, and John Maichle, in his official and individual capacities (collectively, "Lyndhurst Defendants"), by and through their undersigned attorneys, respectfully request that the Court enter an order setting **Monday, December 23, 2019**, as the deadline for them to move, answer, plead, or otherwise respond to the Complaint filed by Plaintiff Jeff DiFiore.

The Lyndhurst Defendants have neither sought nor been granted any other extensions of time in connection with responding to the Complaint. Despite the exercise of due diligence, undersigned counsel only learned late yesterday (based on Plaintiff's filing of service returns on Friday, November 22, 2019) that the summonses apparently had been delivered by certified mail on or about October 31, 2019.

This request is not interposed for purposes of delay, but to allow the Lyndhurst Defendants and their newly-retained undersigned counsel to complete their review of the allegations made in Plaintiff's Complaint and to formulate a proper response.

{03019866 - 1}

Counsel for Plaintiff was consulted with regard to the relief requested in this motion, and indicated he had no objection thereto

WHEREFORE, for good cause shown and in the interests of justice, the Lyndhurst Defendants respectfully move for an extension of time, to and including **Monday, December 23, 2019**, in which to move, answer, plead, or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

| | |
|---|---|
| */s/ Kenneth D. Myers (with consent)* | /s/ Darrell A. Clay |
| Kenneth D. Myers (Reg. No. 0053655) | Craig A. Marvinney (Reg. No. 0004951) |
| Email: kdmy@aol.com | Email: cmarvinney@walterhav.com |
| 6100 Oak Tree Boulevard, Suite 200 | Direct Dial: 216.928.2889 |
| Cleveland, OH 44131 | Darrell A. Clay (Reg. No. 0067598) |
| 216.241.3900 / Fax 440.498.8239 | Email: dclay@walterhav.com |
| | Direct Dial: 216.928.2896 |
| *Attorney for Plaintiff* | WALTER & HAVERFIELD LLP |
| | The Tower at Erieview |
| | 1301 E. Ninth Street, Suite 3500 |
| | Cleveland, OH 44114-1821 |
| | 216.781.1212 / Fax: 216.575.0911 |
| | *Attorneys for the Lyndhurst Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2019, a copy of the foregoing was served electronically on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Darrell A. Clay
*One of the Attorneys for the Lyndhurst Defendants*

{03019866 - 1}