UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF DEFIORE, | ) | Case No. 1:19 cv 2446 |
|   Plaintiffs, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| -vs- | ) | |
| CITY OF LYNDHURST, OHIO, et al. | ) | REPORT OF PARTIES PLANNING MEETING |
| | ) | |
|   Defendants. | ) | |

    1. Pursuant to Fed.R.Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on March 16, 2020 via telephone and was attended by:

Kenneth D. Myers, counsel for plaintiff;

Darrell A. Clay, counsel for all defendants.

    2. The parties will exchange Rule 26(a)(1) pre-discovery disclosures by April 15, 2020.

    3. The parties recommend the following track: Standard.

    4. The case is suitable for Mediation after some discovery.

    5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. Section 636(c).

    6. Recommended Discovery Plan:

(a) Subject, nature and extent of discovery: The parties will exchange interrogatories and requests for production, and do depositions of relevant witnesses on the issues of liability and damages.

(b) Discovery cut-off date: July 31, 2020.

7. Recommended dispositive motion date: August 31, 2020.

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: May 11, 2020.

9. Recommended date for a Status Hearing: June 18, 2020.

10. Other matters for the attention of the Court: None.

/s/Kenneth D. Myers
KENNETH D. MYERS

Attorney for plaintiffs

/s/Darrell A. Clay
DARRELL A. CLAY

Attorney for defendant