UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF DEFIORE, | ) | Case No.: 1:19 CV 2446 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LYNDHURST, OHIO, *et al.*, | ) | |
| | ) | |
| Defendants | ) | ORDER |

The court held a telephonic status conference with counsel for the parties in the within case on April 30, 2020, at 10:30 a.m. After discussion with the parties, the court determined that Alternative Dispute Resolution would be useful. This case is hereby referred to Magistrate Judge Jonathan D. Greenberg to conduct a settlement conference as soon as possible after July 15, 2020.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 30, 2020