UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEFF DIFIORE, | ) | Case No. 1:19 cv 2446 |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| -vs- | ) | |
| CITY OF LYNDHURST, OHIO, et al. | ) | NOTICE OF DISMISSAL WITH PREJUDICE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes plaintiff, by and through undersigned counsel, and, pursuant to a settlement agreement reached between the parties, hereby dismisses with prejudice all pending claims against all defendants.

Plaintiff asks this Court to retain jurisdiction over this case for purposes of resolving any disputes that may arise regarding the terms of the settlement agreement.

**IT IS SO ORDERED.**          Respectfully submitted,
/s/ Solomon Oliver, Jr.
United States District Judge
11/16/2020          /s/Kenneth D. Myers
                    KENNETH D. MYERS [0053655]
                    6100 Oak Tree Blvd., Suite 200
                    Cleveland, OH 44131
                    (216) 241-3900

-1-

(440) 498-8239   Fax
Kdmy@aol.com

Attorney for plaintiff

CERTIFICATE OF SERVICE

The foregoing has been served on all parties of record via the Court's electronic filing system on this 10th day of November, 2020.

/s/Kenneth D. Myers
KENNETH D. MYERS

Attorney for plaintiff

-2-